22604. CORBIN *v.* WILSON *et al.*

MacINTYRE, J. The plaintiff, A, who was a planter, contended that he sold cotton for cash to B, and that the cotton was delivered to B through C, and that there was still a balance due by B to A. A trover suit was brought against both B and C by A, the plaintiff electing to take a money verdict. The defendants contended that the sale was not a cash sale,

but that A sold the cotton to C "on call at fifty points on December," with the agreement that a certain amount of money was to be retained or posted by A as margins; that C in turn sold the cotton to B; that C went with A, paid off the liens, and had the cotton delivered to B; that A knew C was reselling the cotton to B and was present when B paid C a part of the purchase-price; that cotton went down, and when A failed to put up on demand additional margins according to agreement, C was compelled to close out the transaction; that B paid C in full for the cotton; and that C, on closing out the transaction, sent A a check for the balance due him, which A refused to accept. The jury found a verdict against C for the amount C claims he offered to pay A by said check, with interest, and A made a motion for a new trial, based solely upon the usual general grounds, contending that the verdict should have been against both defendants. *Held*, that under the defendants' evidence the sale under consideration was not a cash sale and did not come within the provisions of the Civil Code (1910), § 4126. The evidence, though sharply conflicting, supports the verdict.

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

DECIDED AUGUST 2, 1933.

*S. M. Ledford, J. V. Poole,* for plaintiff.
*Brandon & Hynds,* for defendants.